IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JULIAN SAHAGUN RODRIQUEZ | ) | |
| | ) | CA. No. 07-326 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, Julian Sahagun Rodriquez v. United States, CA07-326. Assistant United States Attorney Stephanie S. Browne, who was originally assigned this case, and Adi Goldstein are being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 12th day of September, 2007, I caused the within Notice of Appearance and Withdrawal to be mailed by first class mail, postage prepaid to:

Julian Sahagun Rodriguez
Reg. No. 05625-070
FCI
P.O. Box 5000
Sheridan, OR 97378

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Kenneth.madden@usdoj.gov