**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JULIAN SAHAGUN RODRIGUEZ,
Petitioner

v. CA: 07-326T

UNITED STATES OF AMERICA,
Respondent

**ORDER**

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," on or before **October 31st, 2007.**

Entered as an Order of this Court:

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
Senior U.S. District Judge

DATE: 10/2/07