**JULIAN SAHAGUN-RODRIGUEZ,**
ID:No.05625-070
Federal Correctional Institution,
P.O.Box 5000
Sheridan, OR 97378-5000
Julian S. Rodriguez;
IN PROPERIA PERSONA;

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

216 Federal Building and U.S. Courthouse -Providence, RI 02903-1779;

| | |
|---|---|
| **JULIAN SAHAGUN-RODRIGUEZ,**<br>Petitioner/Defendant,<br>versus.<br>**UNITED STATES OF AMERICA,**<br>Respondent/Plaintiff, | Cr. No. 05070T<br>C.A. No. 07-326T<br><br>**MOTION FOR APPOINTMENT OF COUNSEL, IN FURTHER-ANCE OF 28 USCA §2255.,**<br>**PURSUANT TO 18 U.S.C. § 3006(A)** |

## INTRODUCTION

**COMES NOW,** The Petitioner Julaian Sahagun Rodriguez, acting In Properia persona, and hereby respectfully submits this "MOTION **FOR APPOINTMENT OF COUNSEL,** IN FURTHERANCE OF 28 U.S.C.A. § 2255. and hereby states the following:

1.) **On November 14, the petitioner response to Government's** Response to Motion to Vacate, set asside, or Correct sentence pursuant to **28 U.S.C.A. § 2255.**

2.) Because this Petitioner is in fact a Pro-se litigant, and has to depend on Inmate Law Clerks to assist him with this mattar appointment of counsel deems appropriate.

3.) This Petitioner has little understanding of the law, and requires additional filings and possible oral argument in furtherance of this matter to fully be comprehensive and reach the best possible counsel should be granted if fully permissible under the circumstances.

Appointment of counsel is authorized at any stage of a habease proceeding in the interest of justice. Therefore, in the interest of justice and fairplay the petitioner respoctfully requests the appointment of counsel for the remainder of this habeas corpus proceeding. pursuant to **18 U.S.C. §3006(A)** of Criminal Act.

DATED: this 26th, day of November, 2007;

Respectfully submitted

Julian Rodriguez

JULIAN SAHAGUN-RODRIGUEZ,
ID:No.05625-070

Petitioner/Defendant;
In Properia Persona;

Federal Correctional Institution
P.O.Box 5000
Sheridan, OR 97378-5000

///

cc:file;

# Certificate of Service

I, JULIAN S. RODRIGUEZ, herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

MOTION FOR APPOINTMENT OF COUNSEL,
PURSUANT TO 18 U.S.C. § 3006(A)

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

1.) Clerk of Court
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
216 Federal Building and U.S. Court-house;
One Exchange Terrace
Providence, RI 02903-1779

2.) AUSA- Office;
50 Kennedy Plaza; 8th,Fl.,
Providence, RI 02903

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

26th day of November, 2007.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: Julian Rodriguez
JULIAN SAHAGUN-RODRIGUEZ,

05625-070

Bureau of Prisons Identification Number