IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JULIAN SAHAGUN RODRIGUEZ | ) | |
| | ) | Cr. No. 05-070T |
| vs. | ) | C.A. No. 07-326T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S**
**MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner Julian Sahagun-Rodriguez (Petitioner) files a motion with this Court requesting that the Court appoint counsel. Petitioner argues that such an appointment is necessary to file additional pleadings and, perhaps, orally argue his motion(s). Petitioner does not specify the nature of any contemplated additional pleadings.

Rule 8(c) of the Rules Governing Section 2255 Proceedings For The United States District Courts requires that the Court appoint counsel for a indigent defendant if an evidentiary hearing is warranted.

The government incorporates its response to Petitioner's § 2255 motion and contends that, based upon the government's response, an evidentiary hearing is not necessary in order to resolve that motion. Further, there is no present indication from the Court that the Court intends to schedule such an evidentiary hearing. Until such time as

an evidentiary hearing is scheduled, there is no need for counsel to be appointed for the Petitioner.

The motion should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January 2008, I served a copy of the within Government's Response To Petitioner's Motion For Appointment Of Counsel, ordinary mail and postage prepaid, to:

Julian Sahagun Rodriguez
Reg. No. 05625-070
Federal Correctional Institution
P. O. Box 5000
Sheridan, Oregon 97378-5000

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov